# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS CRAIG JOHNSON, Sr.,<br><br>  Plaintiff,<br><br>  v.<br><br>GRACE TERRY, et al.,<br><br>  Defendants. | Case No. CV 05-6296-ABC (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Motion for Summary Judgment filed by defendants Terry, Odeluga, and Ward is GRANTED and (2) judgment shall be entered dismissing this action with prejudice as against defendants J.E. Gunja, Duke Terrell, Bernie Ellis (aka Ellison), Grace Terry, Ndukwe Odeluga, and Joyce Ward, and without prejudice as against defendants Lindell Penney, Michael Pham, Sharon Thomas, and Jennifer Wai.

DATED: 6/5/08

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE