FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS CRAIG JOHNSON, Sr., | Case No. CV 05-6296-ABC (JTL) |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| GRACE TERRY, et al., | |
| Defendants. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice as against defendants J.E. Gunja, Duke Terrell, Bernie Ellis (aka Ellison), Grace Terry, Ndukwe Odeluga, and Joyce Ward, and without prejudice as against defendants Lindell Penney, Michael Pham, Sharon Thomas, and Jennifer Wai.

DATED: 6/5/08

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE